UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Ronald Brunson, ) | C/A No. 3:11-439-JFA-PJG |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| Central Intelligence Agency; and Federal ) | |
| Bureau of Investigation, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The *pro se* plaintiff, Ronald Brunson, brings this action pursuant to 42 U.S.C. § 1983 alleging that his constitutional rights were violated relating to the conditions of his confinement while he was a pretrial detainee at the Sumter-Lee Regional Detention Center.

The Magistrate Judge assigned to this action[1] has prepared a thorough Report and Recommendation and opines that the plaintiff's complaint is frivolous and should be dismissed under 28 U.S.C. § 1915(e)(2)(B)(i) for failure to state a claim upon which relief may be granted. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

The plaintiff was advised of his right to file objections to the Report and Recommendation, which was entered on the docket on May 6, 2011. However, the plaintiff

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

1

failed to file objections. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, and the Report and Recommendation, this court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. The Report is incorporated herein by reference.

Accordingly, this action is dismissed without prejudice and without issuance and service of process.

The plaintiff's motion for appointment of counsel, filed May 13, 2011, is denied.

IT IS SO ORDERED.

June 6, 2011                                     Joseph F. Anderson, Jr.
Columbia, South Carolina                         United States District Judge